# AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Index/Case # | 1:25-cv-01854-GHW |
| Filing Date: | March 6, 2025 |
| Court Date: | |
| Client File No.: | |

Client: Mohammed Gangat Esq.

Attorney:

*Plaintiff*

JOANNA HERNANDEZ

vs

*Defendant*

MORIS HASBANIK, MDBG MOBILE INC., HIGHSPEED WIRELESS 1618 INC and JOHN DOE ENTITIES NO. 1-NO. 5

_____ Assmet Abderrahman _____ , the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of  New York ; deponent attempted to serve the within:

**Summons in a Civil Action and Complaint with Notice of Initial Pretrial Conference**

Upon _____ MORIS HASBANIK _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 04/30/2025 17:54:00 Attempt at: 1319 AVENUE R FLR 2, BROOKLYN, NY 11229 Results: DEFANDANT UNKNOWN PER TENANT. REFUSED NAME

I affirm on this day _____ May 5, 2025 _____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Assmet Abderrahman

| | |
|---|---|
| Lic# | 1115274 |
| JobID | 2524938 |

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Index/Case # | 1:25-cv-01854-GHW |
| Filing Date: | March 6, 2025 |
| Court Date: | |
| Client File No.: | |

Client: Mohammed Gangat Esq.

Attorney:

*Plaintiff*

JOANNA HERNANDEZ

vs

*Defendant*

MORIS HASBANIK, MDBG MOBILE INC., HIGHSPEED WIRELESS 1618 INC and JOHN DOE ENTITIES NO. 1-NO. 5

_____Assmet Abderrahman_____ , the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of  New York ; deponent attempted to serve the within:

**Summons in a Civil Action and Complaint with Notice of Initial Pretrial Conference**

Upon _____Moris Hasbanik_____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 05/08/2025 09:29:00 Attempt at: 2331E 1ST STREET, BROOKLYN, NY 11223 Results: DEFANDANT UNKNOWN PER TENANT. REFUSED NAME

I affirm on this day_____May 9, 2025_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____

Assmet Abderrahman

Lic#        1115274

JobID      2527023

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

| | |
|---|---|
| **UNITED STATES. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | Index/Case #        1:25-cv-01854-GHW<br>Filing Date:        March 6, 2025<br>Court Date:<br>Client File No.: |

Client: Mohammed Gangat Esq.

Attorney:

*Plaintiff*

JOANNA HERNANDEZ

vs

*Defendant*

MORIS HASBANIK, MDBG MOBILE INC., HIGHSPEED WIRELESS 1618 INC and JOHN DOE ENTITIES NO. 1-NO. 5

_____ Assmet Abderrahman _____ , the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of  New York ; deponent attempted to serve the within:

**Summons in a Civil Action and Complaint with Notice of Initial Pretrial Conference**

Upon _____ Moris Hasbanik _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 05/07/2025 14:10:00 Attempt at: 1958 E 19TH STREET , BROOKLYN, NY 11229 Results: DEFANDANT UNKNOWN PER TENANT. REFUSED NAME

I affirm on this day _____ May 9, 2025 _____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Assmet Abderrahman

Lic#        1115274

JobID        2527268

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Index/Case # | 1:25-cv-01854-GHW |
| Filing Date: | March 6, 2025 |
| Court Date: | |
| Client File No.: | |

Client: Mohammed Gangat Esq.
Attorney:

*Plaintiff*

JOANNA HERNANDEZ

vs

*Defendant*

MORIS HASBANIK, MDBG MOBILE INC., HIGHSPEED WIRELESS 1618 INC and JOHN DOE ENTITIES NO. 1-NO. 5

_____Assmet Abderrahman_____ , the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within:

**Summons in a Civil Action and Complaint with Notice of Initial Pretrial Conference**

Upon _____ MORIS HASBANIK _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 03/15/2025 10:08:00 Attempt at: 1621 AVENUE T, BROOKLYN, NY 11229 Results: DEFANDANT UNKNOWN PER TENANT. REFUSED NAME

I affirm on this day_____March 22, 2025_____ , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document may be filed in
an action or proceeding in a court of law.

Assmet Abderrahman
Lic#        1115274
JobID      2514437

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*