Miro Lati, Esq.
Lati Law, PLLC
2056 East 8th Street, 2nd Floor
Brooklyn, NY 11223
Phone: (646) 894-8094
Email: LatiLawPLLC@gmail.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X
JOANNA HERNANDEZ                       :
                                       :
            Plaintiffs,                :    Civil Action
                                       :
       v.                              :    Docket No.: 25-cv-01854-GHW
                                       :
MORIS HASBANI, MDBH MOBILE INC.,       :
HIGHSPEED WIRELESS 1618 INC., and JOHN :
DOE ENTITIES NO. 1- NO. 5              :    **STIPULATION**
                                       :    **EXTENSION OF TIME**
                                       :         **&**
                                       :    **PROPOSED ORDER**
            Defendant.                 :
_____X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the plaintiff and the attorneys of record for the defendants, MORIS HASBANI, MDBH MOBILE INC., HIGHSPEED WIRELESS 1618 INC. that defendants' time to respond to the complaint is hereby be extended until September 8, 2025.

**IT IS ALSO AGREED THAT** a facsimile or scanned copy of this stipulation filed by ECF shall be acceptable for filing with the clerk of the court.

**IT IS ALSO AGREED THAT** this stipulation may be "so ordered" without further notice to the parties or their attorneys.

Dated: July 14, 2025

**LATI LAW, PLLC**
*Attorney for Defendants*

By: */s/ Miro Lati*
Miro Lati, Esq.
2056 East 8th Street, 2nd Fl
Brooklyn, NY 11223
(646) 894-8094
latilawpllc@gmail.com

LAW OFFICE OF MOHAMMED GANGAT
*Attorney for Plaintiff*

By: */s/ Mohammed Ahmed Gangat*
Mohammed Ahmed Gangat, Esq.
675 Third Avenue, Ste 1810
New York, NY 10017
(718) 669-0714
mgangat@gangatllc.com

**IT IS SO ORDERERD:**

**Dated:**

**Hon.**