```
                                                                 ┌─────────────────────────────┐
                                                                 │ USDC SDNY                   │
                                                                 │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                                     │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                                    │ DOC #: _____     │
-------------------------------------------------------------- X │ DATE FILED: 8/29/2025       │
                                                       :         └─────────────────────────────┘
     JOANNA HERNANDEZ,                                 :
                                                       :
                                    Plaintiff,         :             1:25-cv-1854-GHW
                                                       :
                     -against-                         :                 ORDER
                                                       :
     MORIS HASBANI, et al.,                            :
                                                       :
                                    Defendants.  :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On August 14, 2025, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 28, 2025. Dkt. No. 17. If the parties instead wished to resolve the case by a stipulation that dismisses FLSA claims without prejudice, they were directed to submit such a stipulation and certification by August 28, 2025. *Id.* Or if the parties instead wished to resolve the case by an offer and acceptance of judgment pursuant to Rule 68(a), they were directed to submit the executed offer and acceptance by August 28, 2025, as described in the Court's August 14, 2025 order. *Id.* None of these documents has been submitted. Accordingly, the parties are directed to comply with the Court's August 14, 2025 order forthwith, and in no event later than September 4, 2025.

SO ORDERED.

Dated: August 29, 2025

_____
GREGORY H. WOODS
United States District Judge