UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNA HERNANDEZ,<br><br>                                    *Plaintiff*,<br><br>-against-<br><br>MORIS HASBANI, MDBH MOBILE INC., HIGHSPEED WIRELESS 1618 INC., and JOHN DOE ENTITIES NO. 1- NO. 5,<br><br>                                    *Defendants*. | Case No. 1:25-cv-01854-GHW<br><br>**JUDGMENT (PROPOSED)** |

      A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Joanna Hernandez ("Plaintiff") on September 5, 2025, accepting the August 22, 2025, Offer of Judgment from defendants Moris Hasbani, MDBH Mobile Inc.; and Highspeed Wireless 1618 Inc. ("Defendants") to allow judgment against them, with respect to Plaintiff's claims, relief, and causes of action under the Fair Labor Standards Act, 29 U.S.C. 201 et seq: asserted in Plaintiff's Complaint, including without limitation, Count I of the Complaint, and in favor of Plaintiff in the amount of $5,000.00, inclusive of all damages, interest, costs, attorneys' fees and expenses incurred by Plaintiff, it is

      **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Joanna Hernandez and against Defendants Moris Hasbani, MDBH Mobile Inc.; and Highspeed Wireless 1618 Inc., with respect to Plaintiff's claims, relief, and causes of action under the Fair Labor Standards Act, 29 U.S.C. 201 et seq. against Defendants arising out of, or related to, the facts and transactions asserted in Plaintiff's Complaint, including without limitation, Count I of the Complaint, in the total amount of $5,000.00, inclusive of all damages, interest, costs, attorneys' fees and expenses incurred by Plaintiff; and that this case is closed and disposed with prejudice.

Judgment signed this 8th day of September 2025.

                                                                                    Hon. Gregory H. Woods